```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
VIBERT JONES,

                Plaintiff,

        -against-                           MEMORANDUM AND ORDER
                                            08-CV-4404(JS)(ARL)
WEST ASSET MANAGEMENT INC.,
SOCIAL SECURITY ADMINISTRATION,
U.S. DEPARTMENT OF EDUCATION OFFSET
UNIT, GEORGETOWN UNIVERSITY,

                Defendants.
----------------------------------X
APPEARANCES:
Plaintiff:      Vibert Jones, pro se
                140 Dikeman Street
                Hempstead, NY 11550

Defendants:     No Appearance
```

SEYBERT District Judge:

On July 2, 2008, pro se Plaintiff Vibert Jones filed a Complaint and an application to proceed in forma pauperis in the United States District Court for the Southern District of New York. In an Order dated October 20, 2008, the Southern District granted Plaintiff's application to proceed in forma pauperis and transferred Plaintiff's case to this Court.

In light of Plaintiff's in forma pauperis status, the Court directs the United States Marshal Service to serve the Complaint upon Defendants without prepayment of fees.

                                SO ORDERED

                                /s/ JOANNA SEYBERT
                                Joanna Seybert, U.S.D.J.

Dated:    February 4, 2009
          Central Islip, New York